UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC. and : <br> PATRICIA KENNEDY, Individually, : <br>   : <br> Plaintiffs, : <br>   : <br> v. : <br>   : <br> OLSON GATEWAY, LLP, : <br>   : <br> Defendant. : <br> _____/ : | Case No.  8:11-cv-995-EAK-MAP |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiffs, by and through undersigned counsel, hereby move to dismiss the instant case with prejudice.

Respectfully Submitted,

Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City,  FL 33328
954-478-7811
fx 954-237-1990
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262

By:    /s/ Thomas B. Bacon
          Thomas B. Bacon, Esq.

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record this 7th day of November, 2011.

/s/ Thomas B. Bacon